UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>ASHWIN N. PATEL,<br><br>  Defendant. | Case No. 19-cv-01397-SVK<br><br>**ORDER CONTINUING SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 30 |

On February 3, 2020, Scott Johnson ("Plaintiff") notified this Court that this case had settled. Dkt. 28. On the same date, this Court issued an order to show cause requiring the parties to file either a stipulation of dismissal or a show cause response by March 3, 2020. Dkt. 29. The Court set an order to show cause hearing for March 10, 2020 at 10:00 a.m. *Id*. On March 3, 2020, Plaintiff's attorney filed a declaration indicating that the parties are in the process of finalizing the written settlement agreement, which should be done in "the near term." Dkt. 30 at 2. Plaintiff requests that this Court continue the March 10, 2020 show cause hearing to allow the parties to finalize the agreement and file a dismissal. *Id*.

Accordingly, the March 10, 2020 order to show cause hearing is **CONTINUED** to **March 17, 2020 at 10:00 a.m.** A stipulation of dismissal or a show cause response is due by **March 13, 2020 at 12:00 p.m.** If a stipulation of dismissal is not received by March 13, 2020, the parties must appear at the March 17, 2020 show cause hearing.

**SO ORDERED.**

Dated: March 3, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge