UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>   Plaintiff,<br> v.<br>ASHWIN N. PATEL,<br>   Defendant. | Case No. 19-cv-01397-SVK<br><br>**ORDER CONTINUING SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 36 |

The Court is in receipt of Plaintiff Scott Johnson's show cause response. Dkt. 36. Good cause appearing, the Court hereby **CONTINUES** the show cause hearing to **July 23, 2020 at 10:00 a.m.** The parties must file a stipulation of dismissal with prejudice or a show cause response by **July 15, 2020.**

**SO ORDERED.**

Dated: April 22, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge